# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2017 ANNUAL ATTORNEY-LICENSE FEE | Opinion Delivered April 21, 2017 |

## PER CURIAM

The final deadline for attorneys to pay the 2017 annual attorney-license fee was April 17, 2017.[1] Rule VII(C) of the Rules Governing Admission to the Bar imposes an automatic suspension on those attorneys who fail to pay the annual fee by the final deadline following a series of three pre-suspension notices. The attorneys named on the attached list failed to pay the annual license fee by the final deadline of April 17, 2017, despite the repeated notice. Therefore, those attorneys were automatically suspended on April 18, 2017, by operation of Rule VII(C) and shall not practice law in the State of Arkansas until reinstated or except during a stay of the suspension as provided in Rule VII(C)(15).

---

[1] Generally, the final deadline is April 15 of each year. April 15, 2017, however, was a Saturday, and the clerk's office was closed. Therefore, Rule VII(C)(4) of the Rules Governing Admission to the Bar extended the deadline to the next business day, Monday, April 17, 2017.

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 76002**

Robert D. Alexander, Jr.
St. Job, AR

**Bar Number: 73001**

Helen Wray Anderson
Mt. Pleasant, SC

**Bar Number: 73002**

Joe Brady Anderson
Mt. Pleasant, SC

**Bar Number: 2007226**

Sarah Fisher Baber
Little Rock, AR

**Bar Number: 98216**

Catherine Emily Barrier
Little Rock, AR

**Bar Number: 98165**

John William Stokes Bateman
Palm Springs, CA

**Bar Number: 98062**

Jill M. Beall
Little Rock, AR

**Bar Number: 71006**

Harvey L. Bell
FPO, AP

**Bar Number: 2008287**

Dawn M. Bertram
Bend, OR

**Bar Number: 74161**

John Frederick Bischoff
Apton, MN

**Bar Number: 73010**

Paul Richard Bosson
Hot Springs, AR

**Bar Number: 2011105**

Kelly Beth Bowie
Ashdown, AR

**Bar Number: 2004186**

S. Renee Brida
Surprise, AZ

**Bar Number: 2002025**

F. Paul Bridges
Rogers, AR

**Bar Number: 2001157**

Robert Ray Briggs
Fort Smith, AR

**Bar Number: 2006113**

Evest A. Broussard, III
Baton Rouge, LA

**Bar Number: 90054**

Timothy M. Buckley
Fayetteville, AR

**Bar Number: 74019**

Thomas Alexander Buford
Haynes, AR

**Bar Number: 88078**

Mark Terry Burnette
Little Rock, AR

**Bar Number: 2003173**

Kristin Cordell Camp
Bigelow, AR

**Bar Number: 2008089**

Karen Gwinn Clay
Jackson, MS

**Bar Number: 2013295**

Brian Alexander Clepp
Boerne, TX

**Bar Number: 75152**

Eric Scott Clifford
Paris, TX

**Bar Number: 2006147**

Theodore Sizer Cochran
Little Rock, AR

**Bar Number: 82033**

Clifford M. Cole
Memphis, TN

**Bar Number: 86028**

Kevin Eugene Collins
Birmingham, AL

**Bar Number: 85188**

Carl Taft Cone
Statesboro, GA

**Bar Number: 2008086**

Virginia Cooper
Bella Vista, AR

**Bar Number: 2008070**

Aaron Paul Cousins
Rogers, AR

**Bar Number: 2001271**

Jonathan T. Crump
Tupelo, MS

**Bar Number: 81040**

Francis Dorvin Crumpler, Jr.
Denton, TX

**Bar Number: 2013248**

Patrick Ryan Culver
Springdale, AR

**Bar Number: 2000026**

Michael Richard Cummins
San Luis Obispo, CA

**Bar Number: 2005067**

Tina Marie Damron
Rogers, AR

**Bar Number: 90070**

Dr. Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 2000028**

Darrel E. Davis, Jr.
Farmington, AR

**Bar Number: 90223**

Ashley Ross Deer
Leawood, KS

**Bar Number: 2000063**

Samuel J. DeMaio
Dallas, TX

**Bar Number: 98097**

Marcus Christian Devine
Little Rock, AR

**Bar Number: 80176**

Sheryl Dicker
Mamaroneck, NY

**Bar Number: 87053**

James H. Druff
Little Rock, AR

**Bar Number: 89062**

Patricia Ann Eables
Key West, FL

**Bar Number: 2001169**

Mary A. Earl
Little Rock, AR

**Bar Number: 2006128**

Kay Elizabeth Ellington
Dallas, TX

**Bar Number: 85215**

Cynthia Ann Falls
Asheville, NC

**Bar Number: 2004003**

David Bryce Finley
Las Vegas, NV

**Bar Number: 82064**

Davis Geoffrey Fitzhugh
Little Rock, AR

**Bar Number: 95059**

Carla D. Flinn
Bella Vista, AR

**Bar Number: 80045**

Amy Lynne Ford
Little Rock, AR

**Bar Number: 2014162**

Daniel DeMotte Ford
Little Rock, AR

**Bar Number: 91147**

Sherry C. Furr
North Little Rock, AR

**Bar Number: 2011166**

J. Daniel Gallagher
McAlester, OK

**Bar Number: 89211**

John Downing Garnett
Houston, TX

**Bar Number: 75160**

Joseph Gregory Gerard
Little Rock, AR

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2014088**

Robert Eugene Goins
Broken Arrow, OK

**Bar Number: 93020**

Regina Haralson
Fairfield Bay, AR

**Bar Number: 2006236**

Cory Marshall Johnson
Corpus Christi, TX

**Bar Number: 79160**

David Scott Gonzenbach
Atlanta, GA

**Bar Number: 97100**

Charles S. Harmon
Sherwood, AR

**Bar Number: 2000091**

Onita Carol Johnson
Hot Springs, AR

**Bar Number: 2010143**

Shannon Gene Grant
Jonesboro, AR

**Bar Number: 84065**

W. Price Harned
Mountain Home, AR

**Bar Number: 81149**

Beverly Stites Jones
Fort Smith, AR

**Bar Number: 96117**

Jan Michele England Griffin
Castle Rock, CO

**Bar Number: 2008095**

Elizabeth Engelkes Hartz
Little Rock, AR

**Bar Number: 97032**

Glendell Jones, Jr.
Jonesboro, AR

**Bar Number: 2011007**

Jerry Elizabeth Erzsebet Griffith
Fayetteville, AR

**Bar Number: 2001285**

Dennis Floyd Herring
Shreveport, LA

**Bar Number: 2005111**

Larry E. Jones
Coppell, TX

**Bar Number: 2008080**

Crystal S. Halley
Sheridan, AR

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 94200**

Matthew Ridgway Jones
Little Rock, AR

**Bar Number: 2000089**

Kelly Hopkins Halstead
El Dorado, AR

**Bar Number: 91240**

T. Wesley Holmes
Dallas, TX

**Bar Number: 90113**

Tonia Peoples Jones
Little Rock, AR

**Bar Number: 2006114**

Cyndia M. Hammond
Texarkana, TX

**Bar Number: 2003105**

Deborah Houston
Redfield, AR

**Bar Number: 2007302**

Cody D. Katzer
Fayetteville, AR

**Bar Number: 87071**

Mildred Havard Hansen
Little Rock, AR

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 2009182**

Toni Koehler
Hot Springs, AR

**Bar Number: 2009038**

Cynthia Grooms Marvin
Little Rock, AR

**Bar Number: 2008033**

Mandy Nicole Meadors
Little Rock, AR

**Bar Number: 99034**

Michael Basil Kyriakakis
Harvey, AR

**Bar Number: 2013276**

Danica Eliana Maslov
Oakville, ON

**Bar Number: 2010133**

Ian Mensik
Little Rock, AR

**Bar Number: 74095**

John Terry Lee
Siloam Springs, AR

**Bar Number: 73075**

George W. Mason, III
Fayetteville, AR

**Bar Number: 2005095**

Brian L. Mincher
Dallas, TX

**Bar Number: 2007125**

Randal J. Lee
Linden, TX

**Bar Number: 98104**

Monica Lee Mason
Sherwood, AR

**Bar Number: 83215**

Mary Helen Mitchell
Texarkana, AR

**Bar Number: 91190**

Barbara E. Lingle
Rogers, AR

**Bar Number: 97055**

Stephanie L. Mays
Fayetteville, AR

**Bar Number: 70049**

Dewey Moore, Jr.
Little Rock, AR

**Bar Number: 85050**

Adele E. Lucas
Fayetteville, AR

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 2014021**

Nicholas Russell Lyons
Little Rock, AR

**Bar Number: 2008016**

Elizabeth McCandless
Little Rock, AR

**Bar Number: 79216**

Gary Joe Morphew
Little Rock, AR

**Bar Number: 72081**

Howard L. Martin
Cabot, AR

**Bar Number: 2010088**

Andrew J. McEnaney
HOUSTON, TX

**Bar Number: 2003216**

Carmen Marie Mosley-Sims
Little Rock, AR

**Bar Number: 89215**

John Lee Martin
Lampe, MO

**Bar Number: 92218**

Mona J. McNutt
Plumerville, AR

**Bar Number: 2013219**

Donald Ryan Mullenix
Fayetteville, AR

**Bar Number: 2004018**

Micah Nail Myhill
Little Rock, AR

**Bar Number: 84124**

Mark Allen Plake
Glendale, AZ

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 2013215**

Harold David Nations
Heber Springs, AR

**Bar Number: 91213**

Jason Douglas Prather
Little Rock, AR

**Bar Number: 2014250**

Nicholas J. Ross
Atlanta, TX

**Bar Number: 83138**

Steven Del Oliver
Royal, AR

**Bar Number: 2015141**

Carmen Donielle Pruitt
North Little Rock, AR

**Bar Number: 2016093**

Lauren Carolyn Rotonda
Memphis, TN

**Bar Number: 2011092**

Matthew Osman
Fennville, MI

**Bar Number: 73097**

Charles Jesse Pugh
Little Rock, AR

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 2014001**

Neil A. Outar
Little Rock, AR

**Bar Number: 2015065**

J. Matthew Reardon
Fayetteville, AR

**Bar Number: 2002172**

Kevin William Ryan
Conway, AR

**Bar Number: 2001135**

Steven Ryan Owens
Jonesboro, AR

**Bar Number: 87142**

Dana Reece
Little Rock, AR

**Bar Number: 2000146**

Cynthia M. Scharlau
Fayetteville, AR

**Bar Number: 2010117**

James Thomas Perry, Jr.
Houston, TX

**Bar Number: 2001057**

Sean Eric Robertson
Bentonville, AR

**Bar Number: 2001085**

Roman Ashley Shaul
Montgomery, AL

**Bar Number: 78126**

Gary Don Person
Allen, TX

**Bar Number: 78134**

Gregory Neal Robinson
Pine Bluff, AR

**Bar Number: 77073**

David Barton Simmons
Little Rock, AR

**Bar Number: 94213**

Donna M. Phillips
Stillwater, OK

**Bar Number: 91025**

Rick M. Rodery
Piggott, AR

**Bar Number: 80212**

Richard Stewart Simmons
Whitehouse, TX

**Bar Number: 2006105**

Larry D. Sims, II
Memphis, TN


**Bar Number: 74182**

Tony R. Skogen
Apo, AE


**Bar Number: 2006317**

Abigail Fortune Sloan
Chicago, IL


**Bar Number: 2011096**

Angelica R. Smith
Little Rock, AR


**Bar Number: 83165**

Craig T. Smith
Miami Beach, FL


**Bar Number: 2006007**

Thomas B. Smith
Fayetteville, AR


**Bar Number: 2007233**

Curt Reid Soefker
Memphis, TN


**Bar Number: 98081**

Bartley Stiers Spung
Montgomery, AL


**Bar Number: 2011229**

John Edward Steiner
Millville, NJ


**Bar Number: 2006011**

Joseph A. Sterle
Texarkana, TX


**Bar Number: 99063**

Scott Anthony Strain
North Little Rock, AR


**Bar Number: 81224**

Joseph Post Stringer
Flagstaff, AZ


**Bar Number: 75178**

Martha Lou Strother
Little Rock, AR


**Bar Number: 2015008**

Eric Paul Studer
Brenham, TX


**Bar Number: 84143**

Mona Jan Teague
Springdale, AR


**Bar Number: 96052**

J. F. Valley
Helena-West Helena, AR


**Bar Number: 77138**

R. Keith Vaughan
Jacksonville, AR


**Bar Number: 2008226**

Jason Lawrence Vaughn
Fort Smith, AR


**Bar Number: 2006327**

Adam M. Vehik
Austin, TX


**Bar Number: 2005235**

Erik Brett Walker
Austin, TX


**Bar Number: 92205**

John David Walt, Jr.
Franklin, TN


**Bar Number: 84158**

Paul Joseph Ward
Ann Arbor, MI


**Bar Number: 97183**

David Anthony Washnock
Pace, FL


**Bar Number: 2003106**

Jonathan Allen Weems
Memphis, TN


**Bar Number: 2011235**

Wesley DeWayne Whitmore
Fayetteville, AR


**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR


**Bar Number: 2011273**

Alisha Kay Williams
Fayetteville, AR

6

**Bar Number: 77143**

J. Gregory Wilson
Little Rock, AR

**Bar Number: 98009**

Stephanie Tyner Winstanley
Little Rock, AR

**Bar Number: 83186**

William Ross Wisely
Hot Springs, AR

**Bar Number: 2010167**

Jonathan Andrew Wright
Lexington, KY

**Bar Number: 2007112**

Steven Wright
Washington, DC

**Bar Number: 2000097**

Lucas Wayne Zakrzewski
Pine Bluff, AR

**Total Count: 168**